

**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

Dated: Mar 22, 2011

R. Michael Mullins
District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Mar 22 2011 12:09PM MDT
Filing ID: 36612268
Review Clerk: Patricia Garcia

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>City and County Building<br>1437 Bannock Street<br>Denver, Colorado 80202 | |
| LUIZ MANUEL CARLOS,<br><br>Plaintiff,<br><br>v.<br><br>DENISE GOMEZ;<br>THE CITY AND COUNTY OF DENVER, COLORADO; and THE CITY OF AURORA, COLORADO,<br><br>Defendants. | *[COURT USE ONLY]* |
| Office of the City Attorney<br>Charles H. Richardson (7934)<br>Julia A. Bannon (14553)<br>Aurora Municipal Center, Suite 5300<br>15151 East Alameda Parkway<br>Aurora, Colorado 80012<br>Telephone: (303) 739-7030<br>Facsimile: (303) 739-7042<br>E-mail: jbannon@auroragov.org | Case No. 2011CV1189<br><br>Courtroom 275 |
| *AURORA'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME OF TEN (10) DAYS TO RESPOND TO AMENDED COMPLAINT* | |

Defendant, the City of Aurora (hereinafter "Aurora"), by its counsel, Charles H. Richardson and Julia A. Bannon of the City of Aurora, Office of the City Attorney, submits the following Motion for Enlargement of Time of Ten (10) Days to Respond to Amended Complaint, up to and including Friday, April, 1, 2011, pursuant to C.R.C.P. Rule 6(b) and as grounds therefor, states as follows:

**Exhibit F**

## CERTIFICATE OF COMPLIANCE

The undersigned counsel spoke with counsel for the Plaintiff, Raymond K. Bryant, on March 16, 2011, regarding the relief sought in this Motion and Mr. Bryant indicated that he had no objection.

1. The City of Aurora was served with the Amended Complaint in this action on March 2, 2011. Aurora's answer is due on March 22, 2011.

2. The undersigned counsel will be out of the office on a previously scheduled vacation from March 19-29, 2011.

3. The press of other business and the need to gather information from sources outside the City of Aurora prevents the undersigned from adequately responding to the Amended Complaint prior to her vacation.

4. The interests of justice and judicial economy will be served by the granting of this short enlargement of time and no party will be prejudiced by the granting of the Motion.

WHEREFORE, for the foregoing reasons, the Defendant City of Aurora respectfully requests that the Court grant its Motion for Enlargement of Time of Ten (10) Days to Respond to Amended Complaint, up to and including Friday, April, 1, 2011.

Dated: March 18, 2011.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY

*A duly signed copy of the foregoing is on file in the Aurora City Attorney's Office.*

s/ Julia A. Bannon
Charles H. Richardson, Esq.
Julia A. Bannon, Esq.
ATTORNEYS FOR DEFENDANT THE CITY OF AURORA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of March, 2011, a true and correct copy of the foregoing Aurora's Unopposed Motion for Enlargement of Time of Ten (10) Days to Respond to Amended Complaint was electronically filed with the Court and served via *LexisNexis File and Serve* to:

Lonn M. Heymann, Esq.
Raymond K. Bryant, Esq.
Rosenthal and Heymann, L.L.C.
1391 Speer Blvd., Suite 550
Denver, CO 80204

*s/ Cindy K. Selden*
Cindy K. Selden

**This document constitutes a ruling of the court and should be treated as such.**

- **Court:** CO Denver County District Court 2nd JD
- **Judge:** Ronald M Mullins
- **File & Serve Transaction ID:** 36556587
- **Current Date:** Mar 22, 2011
- **Case Number:** 2011CV1189
- **Case Name:** CARLOS, LUIZ MANUEL vs. GOMEZ, DENISE et al

/s/ Judge Ronald M Mullins