IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00810–REB–KMT


LUIZ MANUEL CARLOS,

      Plaintiff,

v.

DENISE GOMEZ,
THE CITY AND COUNTY OF DENVER, COLORADO, and
THE CITY OF AURORA, COLORADO,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Plaintiff's Unopposed Motion for Leave to Amend the Complaint Pursuant to Fed. R. Civ. P. 15(a)(2)."  (Doc. No. 18, filed 4/19/2011.)  Plaintiff represents that he has written consent from Defendants to amend his complaint.

Fed. R. Civ. P. 15(a)(2) allows a party to amend "with the opposing party's written consent or the court's leave."  Because Plaintiff has written consent from Defendants he does not need leave of court to file his Amended Complaint.  Therefore, the motion is denied as moot.  The Clerk is directed to file "Plaintiff's Second Amended Complaint for Damages-Jury Trial Demanded" (Doc. No. 18-1).

Dated: April 28, 2011.