**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00810-REB-KMT

LUIZ MANUEL CARLOS,

    Plaintiff,

v.

DENISE GOMEZ,
THE CITY AND COUNTY OF DENVER, COLORADO, and
THE CITY OF AURORA, COLORADO,

    Defendants.

---

## ORDER DISMISSING PARTIES

---

**Blackburn, J.**

    The matter before me is the **Stipulated Motion for Dismissal of Claims Asserted Against Defendants Gomez and Denver** [#56] filed December 23, 2011. After careful review of the stipulated motion and the file, I conclude that the stipulation should be approved and that the plaintiff's claims against defendants, Denise Gomez and The City and County of Denver, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion for Dismissal of Claims Asserted Against Defendants Gomez and Denver** [#56] filed December 23, 2011, is **GRANTED**;

    2.  That plaintiff's claims against defendants, Denise Gomez and The City and County of Denver, are **DISMISSED WITH PREJUDICE**, with the parties to bear their attorney fees and costs; and

    3.  That defendants, Denise Gomez and The City and County of Denver, are **DROPPED** as parties to this action, and the caption shall be amended accordingly.

Dated December 26, 2011, at Denver, Colorado.

BY THE COURT:

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge