**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00810-REB-KMT

LUIZ MANUEL CARLOS,

    Plaintiff,

v.

THE CITY OF AURORA, COLORADO,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion for Dismissal With Prejudice of Claims Against Defendant City of Aurora** [#58][1] filed March 19, 2012. After careful review of the stipulated motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the, **Stipulated Motion for Dismissal With Prejudice of Claims Against Defendant City of Aurora** [#58] filed March 19, 2012, is **GRANTED**;

2. That the Trial Preparation Conference set for May 11, 2012, is **VACATED**;

3. That the jury trial set to commence June 4, 2012, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

---

[1] "[#58]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated March 19, 2012, at Denver, Colorado.

                                          **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge